UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICKI R. LINDSEY,

    Plaintiff,

v.                                                     Case No. 2:09-cv-702-FtM-99SPC

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**<u>ORDER</u>**

    This matter comes before the Court on consideration of Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. 21), filed on August 24, 2010. In her Report and Recommendation, Judge Chappell recommends that the Decision of the Commissioner be affirmed. No objections to the Report and Recommendation have been filed, and the time for objections has now expired.

    The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. *Crawford v. Commissioner of Social Security*, 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. *Crawford*, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. *Crawford*, 363 F.3d at 1158–59. The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. *Dyer v. Barnhart*, 395 F.3d 1206, 1210 (11th Cir. 2005). The

magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. *Dyer*, 395 F.3d at 1210; *Shinn ex rel. Shinn v. Commissioner of Social Security*, 391 F.3d 1276, 1282 (11th Cir. 2004); *Phillips v. Barnhart*, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

After conducting a de novo examination of the file and upon due consideration of Magistrate Judge Chappell's Report and Recommendation, the Court accepts the Report and Recommendation in its entirety.

Accordingly, it is now **ORDERED and ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of the Court shall enter judgment affirming the Decision of the Commissioner of Social Security, terminate all pending motions and deadlines, and **CLOSE** this case.

**DONE AND ORDERED** at Fort Myers, Florida on September 15, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO:**
Magistrate Judge Sheri Polster Chappell
Counsel of Record